Calvin R. House (Bar No. 134902)
calvin.house@gphlawyers.com
Christine E.R. Wagner (Bar No. 271955)
christine.wagner@gphlawyers.com
GUTIERREZ, PRECIADO & HOUSE, LLP
3020 East Colorado Boulevard
Pasadena, California 91107
(626) 449-2300

Attorneys for Defendant
COUNTY OF LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT
FEB - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA A. DIAZ, and individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGLES, a subdivision of the state of California, and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV10-7329 SVW (RZx)<br>Assigned to Hon. Stephen V. Wilson<br><br>**JUDGMENT** |

This action came on regularly for trial on December 6, 2011, in Courtroom 6 of the United States District Court, Central District of California, the Honorable Stephen V. Wilson, Judge presiding.

On December 8, 2011, the jury found in favor of Defendant, County of Los Angeles, and against Plaintiff, Luisa Diaz, on each claim.

It appearing by reason of the said verdict in its favor, Defendant, County of Los Angeles, is the prevailing party in this action and is entitled to have judgment entered in its favor and against Plaintiff, Luisa Diaz.

///

    NOW THEREFORE IT IS ORDERED AND ADJUDGED AND DECREED that Plaintiff, Luisa Diaz, take nothing from Defendant, County of Los Angeles, and that Defendant, County of Los Angeles, as the prevailing party in the action, is entitled to costs and disbursements from Plaintiff, Luisa Diaz, in the amount of $4468.80.

DATED: 2/8/12

_____
The Hon. Stephen V. Wilson
Judge, United States District Court

\\SERVER1\Documents\COLA\DIAZ, LUISA\PLEADING\Jgmt-Verdict.wpd    2

**JUDGMENT**